October 9, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00110-CV

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS TEXAS ATTORNEY GENERAL, AND THE STATE OF TEXAS, Appellant

V.

FIEL HOUSTON, INC., Appellee

This cause, an appeal from the judgment in favor of appellee, FIEL Houston, Inc., was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER j**udgment that the motion for leave is granted and in all other respects **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, FIEL Houston, Inc.

We further order this decision certified below for observance.

Judgment Rendered October 9, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.